UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:  Case Number: 13-10004 JHW

Debtor: Levan J. & Andrea M. Makeley

| Check Number | Creditor | Amount |
|---|---|---|
| 1828188 | Flagstar Bank | 5,202.80 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  December 2, 2013