UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 200
West Caldwell, New Jersey 07006
Phone (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com

| | |
|---|---|
| In Re:  Levan J. & Andrea M. Makeley | Case No.:    13-10004-ABA |
| | Judge:    Andrew B. Altenburg |
| | Chapter:    13 |

## NOTICE OF MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Flagstar Bancorp, Inc. has filed papers with the Court, by and through its Attorney-in-Fact Scott D. Sherman, Esq., as counsel for Mark Warren, Esq., of The Locator Services Group Ltd., ("Movant") moving this Court to order the withdrawal of moneys on deposit for this estate in the name of creditor, Flagstar Bank, to order the payment of these moneys to claimant.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney you may wish to consult one.)**

If you do not want the court to order the payment of unclaimed funds on behalf of Flagstar Bank, or if you want the court to consider your views on this motion, then on or before January 6, 2015 you or your attorney must:

File with the court a written request for a hearing or a written response at:

Clerk of the Court
United States Bankruptcy Court
402 East State Street, Room 20
Trenton, NJ 08608

If you mail your request for a hearing or response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must also mail a copy to:

United States Attorney's Office
Bankruptcy Section
970 Broad Street, Room 502
Newark, NJ 07102

The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210

United States Trustee's Office
One Newark Center, Suite 2100

Danielle Tatum
Flagstar Bancorp, Inc.

Newark, NJ 07102                                             5151 Corporate Drive
                                                             Troy, MI 48098

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief:

                                                             Date: Friday, December 19, 2014

Respectfully Submitted:


/s/ Scott D. Sherman
Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 200
West Caldwell, NJ 07006
Phone: (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com