# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                             Case Number: 13-10004 JHW

Debtor: Levan J. & Andrea M. Makeley

| Check Number | Creditor | Amount |
|---|---|---|
| 1834569 | Flagstar Bank | 691.53 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: February 11, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:  Case Number: 13-10004 JHW

Debtor: Levan J. & Andrea M. Makeley

| Check Number | Creditor | Amount |
|---|---|---|
| 1837818 | Flagstar Bank | 691.53 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: March 11, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 13-10004 JHW

Debtor: Levan J. & Andrea M. Makeley

| Check Number | Creditor | Amount |
|---|---|---|
| 1841256 | Flagstar Bank | 691.53 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: April 4, 2014

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                           Case Number: 13-10004 JHW

Debtor: Levan J. & Andrea M. Makeley

| Check Number | Creditor | Amount |
| --- | --- | --- |
| 1828188 | Flagstar Bank | 5,202.80 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  December 2, 2013

# District of New Jersey
# Claims Register

**13-10004-ABA** Levan J Makeley and Andrea M Makeley **Closed** 09/30/2014, **Debtor dismissed** 08/11/2014, **Joint debtor dismissed** 08/11/2014

|  |  |  |
|---|---|---|
| **Judge:** Andrew B. Altenburg, Jr. | **Chapter:** 13 | |
| **Office:** Camden | **Last Date to file claims:** | |
| **Trustee:** Isabel C. Balboa | **Last Date to file (Govt):** | |

✱✱✱

| Creditor: (514729757)<br>Flagstar Bank, FSB<br>5151 Corporate Drive<br>Troy, MI 48098 | Claim No: 6<br>Original Filed Date: 04/21/2014<br>Original Entered Date: 04/21/2014 | Status:<br>Filed by: CR<br>Entered by: John Philip Schneider<br>Modified: |
|---|---|---|
| Amount claimed: $189658.56 | | |
| Secured claimed: $189658.56 | | |
| Priority claimed: $0.00 | | |

| History: | | |
|---|---|---|
| Details | 6-1 | 04/21/2014  Claim #6 filed by Flagstar Bank, FSB, Amount claimed: $189658.56 (Schneider, John ) |
| Description: (6-1) Arrearage amount $37,086.74 | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** Levan J Makeley and Andrea M Makeley
**Case Number:** 13-10004-ABA
**Chapter:** 13
**Date Filed:** 01/01/2013
**Total Number Of Claims:** 1

| Total Amount Claimed* | $189658.56 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

|  | Claimed | Allowed |
|---|---|---|
| Secured | $189658.56 | |
| Priority | $0.00 | |
| Administrative | | |

| PACER Service Center |  |  |  |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2014 10:43:22 | | | |
| PACER Login: | ls0159:2590348:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 13-10004-ABA CreditorName: flagstar Filed or Entered From: 1/1/2000 Filed or Entered To: 12/31/2014 |
| Billable Pages: | 1 | Cost: | 0.10 |

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

Flagstar Bancorp, Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Flagstar Bank in the amount of $7,277.39 and held by United States Bankruptcy Court, District of New Jersey in the matter of Levan J. & Andrea M. Makeley with case number 13-10004-JHW.

Flagstar Bancorp, Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Flagstar Bank. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Flagstar Bancorp, Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Flagstar Bank or Flagstar Bancorp, Inc.

Signed this 13 day of November, 2014.

Flagstar Bancorp, Inc.
By: _____      Tax ID No. ___38-3150651___
   Danielle Tatum                        (Required for identification purposes)
   Senior Vice President, Finance

State of Michigan
County of Oakland

On November 13, 2014 before me, _____, Notary Public, personally appeared Danielle Tatum who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: _____                    NOTARY SEAL
My Commission Expires: 05/27/19

CARYN E. LAMB
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 27 2019
ACTING IN COUNTY OF Oakland



5151 Corporate Drive
Troy, Michigan 48098-2639
Phone: (248) 312-2000
www.flagstar.com

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Christine Reid, Vice President of Flagstar Bancorp, Inc., certify that Danielle Tatum is the Senior Vice President, Finance for Flagstar Bancorp, Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, and liquidate unclaimed securities owned by Flagstar Bancorp, Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in Flagstar Bancorp, Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

Flagstar Bancorp, Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this 21 day of March, 2014.

_____   _____
Christine Reid                    Danielle Tatum
Vice President                    Senior Vice President, Finance
Flagstar Bancorp, Inc.            Flagstar Bancorp, Inc.
5151 Corporate Drive              5151 Corporate Drive

Troy, MI 48098                    Troy, MI 48098

State of Michigan, County of Oakland

Before me, Christine Reid, Vice President, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary's Signature

CARYN E. LAMB
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 27 2019
ACTING IN COUNTY OF Oakland
Commission Expires

State of Michigan, County of Oakland

Before me, Danielle Tatum, Senior Vice President, Finance, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary's Signature

Commission expires
CARYN E. LAMB
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 27 2019
ACTING IN COUNTY OF Oakland



Flagstar® Bank

Christine M. Reid, CLAS
*Assistant Vice President*
*Corporate Secretary/Paralegal*

5151 Corporate Drive
Troy, MI 48098
Office: (248) 312-6897
Toll Free: (800) 945-7700
eFax: (248) 250-5272
christine.reid@flagstar.com





Danielle Tatum
*Senior Vice President*
*Finance*

5151 Corporate Drive
Troy, MI 48098
Direct: (248) 312-5086
Fax: (248) 312-6834
Toll Free: (800) 945-7700
danielle.tatum@flagstar.com
www.flagstar.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 200
West Caldwell, New Jersey 07006
Phone (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com

In Re: Levan J. & Andrea M. Makeley

Case No.: 13-10004-JHW

Judge: Judith H. Wizmur

Chapter: 13

### AFFIDAVIT REGARDING ADDRESS OF CREDITOR

BE IT ACKNOWLEDGED, that, I Danielle Tatum of Troy, MI the undersigned deponent, being of legal age, do hereby depose and say under pains and penalties of perjury as follows:

That, I, Danielle Tatum, am the Senior Vice President, Finance of Flagstar Bancorp, Inc.

That Flagstar Bancorp, Inc. is the parent corporation of Flagstar Bank, the payee of unclaimed deposits held by the Court's Registry, in the amount of $7,277.39 (total of four deposits of $5,202.80, $691.53, $691.53, $691.53) related to the above captioned bankruptcy case.

Upon information and belief, these checks were sent care of Phelan Hallinan to 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054; however, they were payable to Flagstar Bank and are due and owing to Flagstar Bank.

Flagstar Bank is unable to furnish proof that it conducted business at 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054 because, as evidenced by the attached, that is the address of Phelan Hallinan, a law firm, and not an office of Flagstar Bank.

As evidenced by Flagstar Bank's Proof of Claim in this case, Claim 6, Phelan Hallinan prepared and filed documents in this case on Flagstar Bank's behalf.

That Flagstar Bank conducts business in several states and employs the services of many legal firms and attorneys such as Phelan Hallinan, and it is understandable that a check would be directed to Phelan Hallinan on Flagstar Bank's behalf.

Dated: 11-13-14

Danielle Tatum
Senior Vice President, Finance
Flagstar Bancorp, Inc.
5151 Corporate Drive
Troy, MI 48098

SUBSCRIBED AND SWORN before me this 13 day of November, 2014.

NOTARY

NOTARY PUBLIC
in and for the State of Michigan,
residing in the County of Oakland.

My commission expires: _____



CARYN E. LAMB
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 27 2019
ACTING IN COUNTY OF oakland

B 10(Official Form 10)(04/13)

| UNITED STATES BANKRUPTCY COURT CAMDEN VICINAGE OF NEW JERSEY | PROOF OF CLAIM |
|---|---|

| Name of Debtor(s): LEVAN J. MAKELEY A/K/A LEE MAKELEY A/K/A LEVAN MAKELEY ANDREA M. MAKELEY A/K/A ANN MAKELEY A/K/A ANDREA MAKELEY | Case Number: 13-10004 JHW | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): FLAGSTAR BANK, FSB | |
|---|---|
| Name and address where notices should be sent: FLAGSTAR BANK, FSB 5151 CORPORATE DRIVE TROY, MI 48098 | **COURT USE ONLY** ☐ Check this box if this claim amends a previously filed claim. Court Claim Number: _____ *(If known)* Filed on: _____ |
| Telephone number: (810) 258-9333    Email: | |
| Second number: | |
| Name and address where payment should be sent (if different from above): | ☐ Check if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
| Telephone number:    Email: Second number: | |

1. **Amount of Claim as of Date Case Filed:** $189,658.56

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Money loaned
   (See Instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: 9459 | 3a. Debtor may have scheduled account as: (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of
Setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: 112 SEMINOLE DRIVE, GALLOWAY, NJ 08205-3446

Value of Property:

Annual interest Rate: 6.75%  ☒ Fixed or ☐ ARM
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim:

$37,086.74

Basis for perfection: Mortgage

Amount of Secured Claim: $189,658.56

Amount of Unsecured:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and the state amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchases, lease, or rental of property or services for personal, family, or household use – 11 U.S.C §507(a)(7).

☐ Taxes or penalties owed to government units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C §507(a)( ).

Amount entitled to priority:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10(Official Form 10)(04/13)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See #7, and the definition of "redacted")*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: _____

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John Schneider, Esq.
Title: _____
Company: Phelan Hallinan & Diamond, PC
Address and telephone number (if different from notice address above):
400 Fellowship Road
Suite 100
Mt. Laurel, NJ 08054
Telephone Number: 856-813-5500

/s/ John Schneider
(Signature)

April 21, 2014
(Date)

email: nj.bkecf@phelanhallinan.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.