|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Scott D. Sherman, Esquire<br>MINION & SHERMAN<br>33 Clinton Road, Suite 200<br>West Caldwell, New Jersey 07006<br>Phone (973) 882-2424<br>Fax: (973) 882-0856<br>Email: ssherman@minionsherman.com |  |
| In Re: Levan J. & Andrea M. Makeley | Case No.: 13-10004-ABA<br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 13<br><br>Hearing Date: 1/13/2015 |

## AMENDED CERTIFICATE OF SERVICE

In accordance with the requirements of Statute 28 USCA 2042, I Scott D. Sherman as counsel for Mark Warren, Esq. of The Locator Services Group Ltd., do hereby certify under penalties of perjury that the following parties were noticed via US Postal service certified mail, return receipt requested and first class U.S. mail, postage pre-paid, of the intent of The Locator Services Group Ltd., Attorney-in-Fact for Flagstar Bancorp, Inc., to withdraw all monies deposited in the Court Registry in the name of said claimant per Statute 28 USCA 2041 on December 22, 2014

United States Attorney's Office
Bankruptcy Section
970 Broad Street, Room 502
Newark, NJ 07102

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

Flagstar Bank
c/o Phelan Hallinan
400 Fellowship Road, Ste 100
Mt Laurel NJ 08054

Dated: 1/22/2015

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Danielle Tatum
Flagstar Bancorp, Inc.
5151 Corporate Drive
Troy, MI 48098

Respectfully Submitted:

/s/ Scott D. Sherman
Scott D. Sherman, Esquire
MINION & SHERMAN
33 Clinton Road, Suite 200
West Caldwell, NJ 07006
Phone: (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com